PROB 12B
(6/21)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision with Consent of the Individual Under Supervision
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Individual Under Supervision: Marc Gill          Cr.: 09-00151-001
                                                          PACTS #: 54302

Name of Sentencing Judicial Officer:    THE HONORABLE GARRETT E. BROWN
                                        UNITED STATES DISTRICT JUDGE

Name of Assigned Judicial Officer:      THE HONORABLE PETER G. SHERIDAN
                                        SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/14/2010

Original Offense:   Distribution and Possession with Intent to Distribute 50 Grams or More of Cocaine Base

Original Sentence: Imprisonment – 162 Months; Supervised Release – 5 Years

Special Conditions: Alcohol/Drug Testing and Treatment, New Debt Restrictions, Special Assessment - $100, Fine - $2,000

Type of Supervision: Supervised Release          Date Supervision Commenced: 11/26/2019

## PETITIONING THE COURT

☐   To extend the term of supervision for _____ years, for a total term of _____ years.

☒   To modify the conditions of supervision as follows:

   **LOCATION MONITORING PROGRAM (three months)**

   You must submit to the Location Monitoring Program as noted below for a period of three months:

   You must submit to a **Curfew** and comply with the program requirements as directed by the U.S. Probation Office. You will be restricted to your residence every day for any given 12-hour period as directed by the U.S. Probation Office. You must wear an electronic monitoring device (radio frequency transmitter) and follow all location monitoring procedures as directed by the U.S. Probation Office. The cost of the monitoring is waived.

## CAUSE

On March 1, 2022, Mr. Gill was arrested for Operating Under Influence of Liquor or Drugs. Mr. Gill was also issued summonses for Reckless Driving, Speeding by 50-54mph, Traffic on Marked Lanes – Unsafe Lane Change, and Careless Driving: Likely to Endanger Person or Property. After obtaining further information from Holmdel Police Department, it was determined Mr. Gill was intoxicated and Gill admitted to having several alcoholic beverages that evening prior to the motor vehicle stop. Additionally, Mr. Gill

had a passenger in his vehicle during the motor vehicle stop, Jeremy Hunt (DOB: 01/14/87), who is a convicted felon.

To Mr. Gill's credit, he contacted the undersigned officer the same evening he was arrested and advised of the arrest. The undersigned officer met with Gill the following day to discuss the matter and Mr. Gill agreed to participate in a substance abuse evaluation as a result of the incident. When the undersigned officer confronted Gill about Jeremy Hunt being a convicted felon, Mr. Gill denied knowledge of Hunt's criminal history. Mr. Gill was also in agreement with the request of the Probation Office to modify the conditions of supervision to add the Location Monitoring Program condition for a period of three months, to monitor Gill closely as well as to serve as a deterrent for future noncompliance.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Carly T. Schultz*
By:   CARLY T. SCHULTZ
U.S. Probation Officer

/ cts

APPROVED:

*Sharon O'Brien*     *March 8, 2022*
SHARON O'BRIEN          Date
Supervising U.S. Probation Officer

THE COURT ORDERS:

☐  The Extension of Supervision as Noted Above

☒  The Modification of Conditions as Noted Above (as recommended by the Probation Office)

☐  No Action

☐  Other

_____
Signature of Judicial Officer

3/9/22
_____
Date

PROB 49
(4/19)

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW JERSEY

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☑ To modify the conditions of supervision as follows:

**LOCATION MONITORING PROGRAM (three months)**

You must submit to the Location Monitoring Program as noted below for a period of three months:

You must submit to a **Curfew** and comply with the program requirements as directed by the U.S. Probation Office. You will be restricted to your residence every day for any given 12-hour period as directed by the U.S. Probation Office. You must wear an electronic monitoring device (radio frequency transmitter) and follow all location monitoring procedures as directed by the U.S. Probation Office. The cost of the monitoring is waived.

Witness: _____  Signed: _____
U.S. Probation Officer              Probationer or Supervised Releasee
Carly T. Schultz                    Marc Gill

_____
Date